JUSTICE KINSER,
with whom JUSTICE COMPTON joins, concurring.
I agree with the majority decision in all aspects but one. Since the Commonwealth’s failure to disclose the new blood profile frequency extrapolation in a timely fashion was prejudicial to Caprio, this Court does not need to decide in this case whether Code § 19.2-270.5 requires, in every instance, that the trial court must either grant a continuance or bar introduction of the evidence, regardless of the degree and nature of the deviation from the requirements of Code § 19.2-270.5 or whether the opposing party was prejudiced. The statute plainly makes the decision whether to use either of these remedies discretionary with the trial court.
For these reasons, I concur.